IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OMAR BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-cv-01456-M |
| | § | |
| FEDERAL EXPRESS CORPORATION, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 15, 2019. The Court has further considered the Motion for Reconsideration (ECF No. 87), which the Court construes as Objections to the proposed Findings, Conclusions, and Recommendation. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled. Accordingly, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant Federal Express Corporation's Motion for Summary Judgment (ECF No. 76) is **GRANTED,** the Motion for Reconsideration (ECF No. 87) is **DENIED**, and all of Plaintiff's claims against Defendant are **DISMISSED with prejudice**.

**SO ORDERED,** this 21st day of March, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE